NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES EDWARD PITTS,       )
                            )
        Appellant,          )
                            )
v.                          )          Case No. 2D17-4107
                            )
STATE OF FLORIDA,           )
                            )
        Appellee.           )
_____ )

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Pat Siracusa,
Judge.

Charles Edward Pitts, pro se.


PER CURIAM.

        Affirmed.  See Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter

v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Vidak v. State, 793 So. 2d 27 (Fla. 2d

DCA 2001); Haynes v. State, 106 So. 3d 481 (Fla. 5th DCA 2013); Paul v. State, 830

So. 2d 953 (Fla. 5th DCA 2002).


LaROSE, C.J., and CASANUEVA and CRENSHAW, JJ., Concur.